UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>ADAMS SCHNEIDER, et al.,<br><br>Defendants. | Civil Action No. 15-3539(FLW)<br><br><br><br>MEMORANDUM AND ORDER |

This matter having been opened to the Court by a motion for summary judgment brought by Deborah B. Rosenthal, Esq., on behalf of Adam Schneider (improperly pled as Adams Schneider), Jason Roebuck, Det. Nicholas Romano (improperly pled as "Officer" Romano) , Lt. J. Bard (improperly pled as "Officer" Bard) , Sgt. F. Passantino (improperly pled as "Officer" E. Passantino), Cpl. T. Hueston (improperly pled as "Officer" Hueston), DSgt. F. Sanders (improperly pled as "Officer" Sanders) , J. Gant, S.O. B. Dinero (improperly pled as "Officer" Dinero), R. Poss (improperly pled as R. Ross), S. Chaparro and G. Olski, City of Long Branch (referred to collectively as "Defendants").  Defendants' motion for summary judgment was filed on March 18, 2016.  (ECF No. 15.)  As of the date of this Order, Plaintiff has not submitted a response to Defendants' motion, and it is not clear to the Court whether Plaintiff received Defendants' motion papers and/or intends to proceed with the current action.

**THEREFORE, IT IS** on this 9th day of May, 2016

**ORDERED** that Plaintiff shall notify the Court in writing within 30 days of his receipt of this Memorandum and Order as to whether he intends to proceed with this action; if Plaintiff advises the Court that he no longer intends to proceed with this action, no other response is required; and it is further

**ORDERED** that if Plaintiff intends to proceed with this action, he shall submit his response to Defendants' motion for summary judgment within 30 days of his receipt of this Memorandum and Order; his response shall include a supporting brief, and any supporting affidavits or other evidence he wishes the Court to consider in connection with the motion for summary judgment;[1] and it is further

**ORDERED** that Defendants may file a reply in support of the motion within 7 days after receiving Plaintiff's response; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff at the address on file by regular U.S. mail.

/s/       Freda L. Wolfson
Freda L. Wolfson
United States District Judge

---

[1] To the extent Plaintiff fails to respond to the Court's Order, the Court will consider the Defendants' motion to be unopposed.