UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM COLEMAN, | Civil Action No. 15-3539(FLW) |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| ADAMS SCHNEIDER, et al., | |
| Defendants. | |

This matter having been opened to the Court by the filing of a Notice of Appearance by Ronald J. Brandmayr, Jr., Esq., on behalf of William Coleman in the above-captioned action. In light of the fact that Plaintiff has retained counsel, the Court will administratively terminate the pending motion for summary judgment brought by Deborah B. Rosenthal, Esq., on behalf of Adam Schneider (improperly pled as Adams Schneider), Jason Roebuck, Det. Nicholas Romano (improperly pled as "Officer" Romano) , Lt. J. Bard (improperly pled as "Officer" Bard) , Sgt. F. Passantino (improperly pled as "Officer" E. Passantino), Cpl. T. Hueston (improperly pled as "Officer" Hueston), DSgt. F. Sanders (improperly pled as "Officer" Sanders) , J. Gant, S.O. B. Dinero (improperly pled as "Officer" Dinero), R. Poss (improperly pled as R. Ross), S. Chaparro and G. Olski, City of Long Branch (referred to collectively as "Defendants").  (ECF No. 15.) The Court orders Plaintiff's counsel to file opposition to the Defendants' motion for summary judgment within 20 days of the date of this Order.  Defendants may file their reply within 7 days of their receipt of Plaintiff's opposition.

       **THEREFORE, IT IS** on this 14th day of October, 2016

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** the pending motion for summary judgment in light of the fact that Plaintiff has retained counsel; and it is further

**ORDERED** that Plaintiff's counsel shall file an opposition to Defendants' motion within 20 days of the date of this Order; and it is further

**ORDERED** that Defendants may file a reply in support of the motion within 7 days after receiving Plaintiff's opposition.

.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge